```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                      CAMDEN VICINAGE
```

| | |
|---|---|
| MYZEL FRIERSON,<br><br>             Plaintiff,<br><br>      v.<br><br>ST. FRANCIS MEDICAL CENTER, et al.,<br><br>             Defendants. | Civil No. 07-3857-RMB-AMD |

### ORDER ON INFORMAL APPLICATION

      This Order confirms the directives given to counsel during the telephone conference on October 20, 2008; and the Court noting the following appearances: Katherine D. Hartman, Esquire, appearing on behalf of the plaintiff; Franklin Lewis Flacks, Esquire, appearing on behalf of the defendant St. Francis Medical Center; and Brian D. Pagano, Esquire, appearing on behalf of the defendants Correctional Medical Services, Inc., Fran Green, Stephen Hoey and Maurice Rosman; and there being no objection to the form and entry of the Amended Complaint filed on the docket on October 15, 2008 [Doc. No. 88]; and for good cause shown:

      IT IS this **20th** day of **October 2008**, hereby

      **ORDERED** that the Amended Complaint [Doc. No. 88] shall be, and hereby is, deemed filed as of October 15, 2008.


                                             s/ Ann Marie Donio<br>
                                             ANN MARIE DONIO<br>
                                             United States Magistrate Judge

cc:  Hon. Renée Marie Bumb