**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
BY: Brian D. Pagano, Esquire
6981 N. Park Drive
Suite 300
Pennsauken, NJ  08109
(856)663-4300

ATTORNEY FOR DEFENDANTS
Correctional Medical Services, Inc.,
Stephen E. Hoey, M.D., Fran Green,
N.P. and Charmaine Ifill

431-80555 (SXK/BDP))

| | |
|---|---|
| Myzel Frierson<br><br>vs.<br><br>Correctional Medical Services, Inc., Stephen E. Hoey, M.D., Fran Green, N.P and Charmaine Ifill | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>CAMDEN VICINAGE<br><br>DOCKET NO. 1:07-cv-03857(RMB)<br><br>CIVIL ACTION<br><br>CIVIL ACTION<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by way of Notice of the parties and Defendants, Correctional Medical Services, Inc., Stephen E. Hoey, M.D., Fran Green, N.P. and Charmaine Ifill, having requested to take the deposition of the Plaintiff, who is presently incarcerated at the New Jersey State Prison, Trenton, New Jersey, and for good cause shown;

**IT IS ON THIS** 29th **day of** July _____, 2010, **ORDERED** that Defendants' request to take the deposition of the Plaintiff, who is presently incarcerated at the New Jersey State Prison, Trenton, New Jersey, is hereby **GRANTED**, pursuant to *Fed. R. Civ. P.* 30(a).

**IT IS FURTHER ORDERED** that the deposition be taken on a date and time designated as convenient for all parties, and ~~upon three days notice to~~ the Administrator of the prison where Plaintiff Myzel Frierson is located, and at a place designated by said Administrator; and that the

{NJ270675.1}

court reporter shall bring with him/her all necessary equipment including, but not limited to, a laptop computer, into the facility.

_____
Honorable Karen M. Williams, U.S.M.J.